**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

DENISE MOILAN

                        Plaintiff,

v.                                           Case No.: 2:21–cv–13811–EP–AME
                                           Magistrate Judge Andre M. Espinosa

SPA DINER HOBOKEN CORP., et al.

                        Defendant.

## Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 27th day of June, 2023,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.


/s/ Evelyn Padin
_____
EVELYN PADIN United States District Judge